# Unclaimed Funds

Entered 3/14/2011 to 3/14/2011

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 05-19761　15746716 | Brewer & Lord LLP　c/o Attorney Anne Roff　Palmer & Dodge LLP　111 Huntington Avenue　Boston, MA 02199　02199 | 6,666.01 | 03/14/2011 |